No. 98–484. REBEL OIL CO. ET AL. *v.* ATLANTIC RICHFIELD Co. C. A. 9th Cir. Certiorari denied.

No. 98–487. MARITIME OVERSEAS CORP. *v.* ELLIS. Sup. Ct. Tex. Certiorari denied.

No. 98–489. BRODTMANN, WIFE OF BRODTMANN, DECEASED, ET AL. *v.* DUKE ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 98–490. BOSSLEY ET UX., INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF BOSSLEY, DECEASED *v.* DALLAS COUNTY MENTAL HEALTH AND MENTAL RETARDATION ET AL. Sup. Ct. Tex. Certiorari denied.

No. 98–491. ADMINISTRATIVE COMMITTEE, WAL-MART STORES, INC., ASSOCIATES HEALTH AND WELFARE PLAN *v.* SPECIALE. C. A. 7th Cir. Certiorari denied.

No. 98–494. ERIEVIEW CARTAGE, INC. *v.* PENNSYLVANIA BOARD OF FINANCE AND REVENUE. Sup. Ct. Pa. Certiorari denied.

No. 98–496. P. C. FILMS CORP. *v.* MGM/UA HOME VIDEO INC. ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–499. MAJOR LEAGUE UMPIRES ASSN. *v.* NATIONAL LEAGUE OF PROFESSIONAL BASEBALL CLUBS ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–501. WYNAT DEVELOPMENT CO. ET AL. *v.* BOARD OF LEVEE COMMISSIONERS FOR THE PARISH OF ORLEANS. Sup. Ct. La. Certiorari denied.

No. 98–502. SLOTNIK ET AL. *v.* CONSIDINE ET AL. Sup. Ct. Conn. Certiorari denied.

No. 98–504. TORRES ET AL. *v.* COMMISSIONER OF CORRECTION OF MASSACHUSETTS ET AL. Sup. Jud. Ct. Mass. Certiorari denied.